NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERENCE MURPHY,                    )
                                   )
      Appellant,             )
                                   )
v.                                 )       Case No. 2D17-4390
                                   )
AMANDA MURPHY,                     )
                                   )
      Appellee.              )
_____ )

Opinion filed September 28, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas
County; Keith Meyer, Judge.

Terence Murphy, pro se.

Patrick A. Davis of Patrick A. Davis P.A.,
Clearwater, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.